FILED
October 31, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003871311

3 pages
Byron Lee Lynch, State Bar No. 074729
Eamonn Foster, State Bar No. 267580
Post Office Box 685
Shasta Lake, CA 96019
Telephone (530) 244-4235

Attorney for Trustee

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

In re:

JERRY LEE FORD, and
SONYA IRENE FORD,

Debtors.

Case No.: 2011-39436-A-7
DCN           BLL-3
DATE:         Dec. 5, 2011
TIME:         10:00 AM
Dept.:        A
Ct. Rm.:      28

MOTION FOR ORDER TO APPROVE
THE SALE OF ESTATE PROPERTY

1. This is the motion of John W. Reger, Chapter 7 Trustee, to approve the sale of the Estate Property of the above entitled debtors, pursuant to 11 U.S.C. § 363.

2. This estate has an interest in registered vehicles, rolling stock, equipment and materials (collectively referred to as "Property" and listed in Exhibit A, filed herewith, which must be sold. The Property may, or may not, be subject to a lien in favor of the Internal Revenue Service (IRS). The IRS has not filed its claim and until the claim is filed, trustee cannot determine whether the IRS lien encumbers some or all of the Property, nor whether some portion of the lien may be subordinated pursuant to 11 U.S.C § 726(a)(4).

3. The Property has been vandalized in that an unknown person or persons have stolen all of the batters from the vehicles. Trustee believes that a prompt sale of the Property is in the best interest of the estate, with the net sale proceeds being deposited into a blocked account, which may only be removed on further order of the bankruptcy court.

4. The IRS has consented to the proposed sale and further agreed to subordinate its lien to all administrative expenses as allowed by the bankruptcy court, plus an additional 10% carve out for distribution to unsecured creditors.

5. By this motion, trustee seeks bankruptcy court authority to sell the Property at auction, through West Auction, Inc. ("West"). A Motion For Order Authorizing Employment of Auctioneer For Trustee (BLL-2) is filed contemporaneously herewith, and scheduled contemporaneously with the hearing on this motion.

6. Although the parties have used their best efforts to create a comprehensive list of the Property, many of the debtor properties have been misplaced or stolen. Accordingly, Exhibit A may not be a comprehensive list of the Property such that it may be supplemented in the future. Bankruptcy court authorization is sought for the sale of all of the Property, whether it is currently in the possession of trustee or hereafter acquired.

7. By this motion, trustee seeks bankruptcy court approval to sell all of the bankruptcy estate's property that is in the possession, or under the control of trustee, through an on-line internet auction, and if necessary through an in-person auction, to be conducted by

West, through its web site, at http://www.westauction.com/. West conducts auction sales world wide.

8. Sale proceeds from 11 U.S.C § 363 (b)(1) sales will be deposited into the estate's account and may be withdrawn only on the further order of the bankruptcy court.

WHEREFORE, Movant requests an order approving the sale of the estate property.

DATED: Monday, October 31, 2011

/s/ Byron Lee Lynch
Byron Lee Lynch
Counsel to JOHN W. REGER,
Chapter 7 Trustee

Law Office Of
BYRON LEE LYNCH
P.O. Box 685
Shasta Lake, CA 96019