**5** pages
Byron Lee Lynch, State Bar No. 074729
Eamonn Foster, State Bar No. 267580
Post Office Box 685
Shasta Lake, CA 96019
Telephone (530) 244-4235

Attorney for Trustee

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 2011-39436-A-7 |
|---|---|
| JERRY LEE FORD, and<br>SONYA IRENE FORD,<br><br>Debtors. | DCN      BLL-7<br>DATE:    June 3, 2013<br>TIME:    10:00 AM<br>Dept.:    A<br>Ct. Rm.:  28 |

MOTION REQUESTING
AUTHORIZATION TO SELL REAL PROPERTY

**Recitals:**

1. By this motion, your Chapter 7 trustee seeks bankruptcy court authorization to sell real property of the estate.

2. This case was filed pursuant to Chapter 7 of the United States Bankruptcy Code on August 10, 2011. John W. Reger has been appointed Trustee and brings this motion in that capacity.

3. This estate has an interest in a residential property located at 2350 Wilsey Drive, Redding, California, (the Property). The legal description is filed herewith as Exhibit "A".

4. Trustee has received a Residential Purchase Agreement And Joint Escrow Instructions, (the Offer) to purchase the residence for $85,000, is filed herewith as Exhibit "B". Trustee believes that the Offer should be treated as a bid and, subject to bankruptcy court

authority and such overbids as may be made in open court at the hearing on this motion, accepted.

5.  Under the terms of the Offer, the estate will pay 50% of all escrow and title expenses, plus pro-rated property taxes, and incidental costs directly related to the sale of the Subject Property. Total escrow and title expenses are estimated to be approximately $1,336.00 and the estate's portion is estimated to be $668.00.

6.  Buyers understand that their due diligence must be completed prior to the court hearing to approve the sale and that the Subject Property is to be **"sold as is, without any representations, conditions, or warranties except warranty of title"**.

7.  To the best of your trustee's information and belief, there are no consentual liens of record. Property tax liens will be paid from the proceeds of sale.

8.  There are multiple liens in favor of the Internal Revenue Service (IRS) and a single lien in favor of the Employment Development Department of the State of California (EDD). A consent to the proposed sale, executed by the authorized officers of the IRS is filed herewith as Exhibit "C". A consent to the proposed sale, executed by the authorized officers of the EDD is filed herewith as Exhibit "D".

9.  Pursuant to the consents, Exhibit "C" and Exhibit "D", the liens of the IRS and EDD will attach to the proceeds of sale, except for the bankruptcy estate's administrative expenses plus an additional 10% of the net sales price, which shall be free and clear

of the liens of the IRS and EDD pursuant to their respective consents, Exhibit "C" and Exhibit "D".

10. The liens of record are disclosed on the Preliminary Title Report of First American Title Company, 4505-4366605 issued as of April 23, 2013. A true and correct copy of the exceptions contained within the report is filed herewith as Exhibit "E".

**Overbids:**

11. Subject to bankruptcy court approval, overbids in $1,000 increments, which are accompanied by a $5,000 deposit are invited. The deposit is non refundable if the sale does not close due to circumstances within the successful bidders control.

12. Trustee understands that the bankruptcy court may set the terms of overbids.

13. When a Bid is accepted by the bankruptcy court, the bidder shall thereby become legally liable to purchase the Subject Property, **which is sold as is, without any representations, conditions, or warranties except warranty of title.**

**Authorities re Sale:**

14. Chapter 7 trustees may sell property of the estate pursuant to 11 U.S.C § 363(b)(1) and they have a duty to liquidate property pursuant to 11 U.S.C § 704(1).

15. By this motion, trustee proposes that the property tax liens be paid through escrow and that otherwise, the sale be free and clear of liens pursuant to the consents of the IRS and EDD filed herewith.

16. Trustee proposes that after all encumbrances, liens, Realtor commissions, title and escrow fees, and other expenses of sale are paid in full, the net proceeds of the sale, be placed into the bankruptcy estate's account to be maintained by trustee pending further order of court.

**Real estate commissions:**

17. Rob Middleton of the Redding House of Realty has been retained by your trustee to serve as a Realtor to list and sell the Subject Property on a 6% commission basis. An Order Authorizing Trustee To Employ Real Estate Broker (the Order) was entered on August 23, 2011. A copy of the Order is filed herewith as Exhibit "F". The Realtor's efforts have resulted in the proposed sale.

18. On the close, your trustee requests that a commission equal to 6% of the sales price be authorized to be paid from escrow.

**WHEREFORE** your trustee prays the following:

a.. that the court accept the offer to purchase the Subject Property for the purchase price of $85,000, or the highest overbid, in $1,000 increments. Overbids must be accompanied by a deposit of $2,000 which is non refundable if the sale does not close due to circumstances within the successful bidders control;

b. that the trustee be authorized to execute any and all documents necessary to transfer title of the subject property to the highest bidder;

c. that the trustee be authorized to instruct payment from escrow for customary escrow and title expenses, pro-rated property

taxes, and of costs directly related to the sale of the subject property, including a 6% Realtor commission;

d.  that the trustee be authorized to instruct payment from escrow of all property tax liens;

e.  that on the close, the net proceeds remaining after property tax liens and cost of sale shall be paid into the bankruptcy estate's account, to be maintained by trustee pending further order of court. Any and all administrative expenses as may be allowed by the court, plus 10% of the net proceeds of sale, shall be free and clear of the liens of the IRS and EDD pursuant to their consents, filed herewith as Exhibit "C" and Exhibit "D"; and,

f.  for such further relief as may be deemed proper and just at the hearing in this matter.

DATED:   May 6, 2013

                             THE LAW OFFICE OF
                             BYRON LEE LYNCH

BY: _____
     BYRON LEE LYNCH,
     Attorney for Trustee